IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LORENE F. MCGHEE, ) | CHAPTER 13 |
| ) | CASE NO. 09-14404 |
| DEBTOR. ) | |

## OBJECTION TO CONFIRMATION

COMES NOW The Money Mart, Inc., by and through its attorney of record, Parnell & Crum, and files this objection to confirmation in the above referenced matter. In support thereof, The Money Mart, Inc. would show this Court as follows:

1. Debtor executed a note with The Money Mart, Inc. on April 25, 2008. Pursuant to said note, Debtor financed $3631.01. Debtor agreed to repay this sum in 30 monthly installments of $173.37, beginning on May 25, 2008. Debtor further agreed to pay a contractual rate of interest of 29.94%. As security for said debt, the Debtor agreed to give The Money Mart, Inc. a lien in one (1) 1981 Buick Century, VIN #1G4AH69A3BH232796 and one (1) 1987 Pontiac Grand Prix, VIN #2G2GJ11AXH2208975. A copy of said Note and Certificates of Title are attached hereto as Exhibit "A", and incorporated by reference.

2. Debtor has not listed The Money Mart, Inc. as a secured creditor in her petition and schedules.

3. The Money Mart, Inc. objects to the confirmation of the above referenced plan since it does not provide for secured treatment of said debt.

4. The Money Mart, Inc. asserts that its claim is entitled to be treated secured in the amount of $4844.10, awarded interest at the rate of 4.75% and receive an appropriate specified monthly.

WHEREFORE, THE PREMISES CONSIDERED, The Money Mart, Inc. respectfully requests that the confirmation of the Debtor's plan be denied or continued until Debtor agrees to treat its claim secured in the amount of $4844.10, award interest at 4.75% and provide an appropriate specified monthly payment. The Money Mart, Inc. asks for whatever other or additional relief to which it may be entitled.

Respectfully submitted,

PARNELL & CRUM, P.A.



   /s/ Charles N. Parnell, III
By:   CHARLES N. PARNELL, III
      Attorney for The Money Mart, Inc.

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Objection to Confirmation to the following parties, this the 22nd day of October, 2009.

| | |
|---|---|
| Hon. John C. McAleer, III<br>Trustee<br>Post Office Box 1884<br>Mobile, Alabama 36633 | Hon. Richard Shinbaum<br>Attorney for Debtor<br>Post Office Box 201<br>Montgomery, Alabama 36101 |
| Hon. Travis M. Bedsole, Jr.<br>Bankruptcy Court Adm.<br>Post Office Box 3083<br>Mobile, Alabama 36652 | Lorene McGhee<br>Debtor<br>3283 County Road<br>Plantersville, Alabama 36758 |

   /s/ Charles N. Parnell, III
CHARLES N. PARNELL, III