# ALABAMA – NET
## MINI-CODE LOAN NOTE AND SECURITY AGREEMENT

**EXHIBIT A**

| LOAN DATE | ACCOUNT NUMBER | CONTRACT NUMBER | CERTIFICATE # |
|---|---|---|---|
| 04/25/2008 | 745 | | |

**DEBTOR AND CO-DEBTOR (YOU AND YOUR)**
Lorene McGhee

**CREDITOR/LENDER (FIRST BENEFICIARY)**
The Money Mart, Inc.
PO Box 219
Thorsby, AL 35171

INSURANCE: Credit Life and Disability Insurance are not required to obtain this loan and will not be provided unless You sign below and agree to the additional cost.

| TYPE | LIFE INS. TYPE | TERM OF INS. | PREMIUM | SIGNATURE FOR VOLUNTARY INSURANCE | AGE | DATE |
|---|---|---|---|---|---|---|
| Single Credit Life Insurance | XX LEVEL / DECR. | 30 mos. | $ 76.21 | I want single credit life insurance. /s/ Lorene McGhee | 61 | 04/25/2008 |
| Joint Credit Life Insurance | LEVEL / DECR. | 0 mos. | $ 0.00 | We want joint credit life insurance. Primary Debtor / Co-Debtor | 0 / 0 | |
| Single Disability Insurance | | 0 mos. | $ 0.00 | I want disability insurance. | 0 | |

Total Disability Insurance Coverage is available only on Primary Debtor for a maximum of 60 Monthly Total Disability Benefits with a life decreasing term coverage. Benefits are payable after a WAITING PERIOD of (elect one):

☐ 7 DAYS and are RETROACTIVE   ☐ _0_ DAYS and are RETROACTIVE
The Monthly Disability Benefit is $ 0.00

**INITIAL AMOUNT OF LIFE INSURANCE** $ 3,631.01

**SECOND BENEFICIARY (Estate – If none named)**

CANCELLATION OPTION: If You desire to do so You may, without penalty or obligation, within thirty days from the date set forth above, cancel all but not part of the above credit insurance coverages by returning all credit insurance certificates received in connection with this loan to the office where the loan was made. Upon cancellation, a full refund of all the above credit insurance premiums and premiums cost will be made.

NO LIABILITY INSURANCE FOR BODILY INJURY OR DAMAGE TO PROPERTY OF OTHERS IS PROVIDED BY THIS CONTRACT. Therefore, insurance under this contract will not fulfill the obligation of the Borrower(s) to maintain liability insurance imposed upon the Borrower(s) under the Financial Responsibility Laws of any state. The Borrower(s) will provide insurance against loss of or damage to the property as the Lender may reasonably require if the amount financed, less any charges for insurance, is $300.00 or more and the value of the property is $300.00 or more. Property Insurance may be obtained from anyone You choose or it may be furnished through an existing policy owned or independently obtained by You. If You get the insurance from Us, the cost will be:

Credit Property Insurance Level Term   Insured
Premium $ 0.00   Term 0 mos. Amount $ 0.00
I/We Want Credit Property Insurance _____

Other Insurance   Insured
Premium $ 0.00   Term 0 mos. Amount $ 0.00
I/We Want Insurance _____

Motor Vehicle Insurance  FOR LENDER'S INTEREST   Insured
Limited Physical Damage
Premium $ 0.00   Term 0 mos. Amount $ 0.00
I/We Want Motor Vehicle Insurance
Limited Physical Damage Coverage _____

Motor Vehicle Single Interest  FOR LENDER'S INTEREST   Insured
Premium $ 160.00   Term 12 mos. Amount $ 1,775.00
I/We Want Motor Vehicle Single Interest Insurance /s/ Lorene McGhee

If within fifteen (15) days Debtor has Lender made loss payee on a dual interest motor vehicle casualty policy, all motor vehicle casualty premiums and premiums cost will be refunded. If permitted by law, the agent or agency which places any of the insurance may receive a commission on the purchase of insurance.

## FEDERAL DISCLOSURE STATEMENT

LATE CHARGE: If a payment is 10 days or more late, You may be charged $ 0.00 or 0.05 % of the amount of the payment in default, whichever is greater, but not to exceed $ 30.00
Prepayment: If You pay off early, You may be entitled to a refund of part of the finance charge, and you will not have to pay a penalty.

Filing Fees $ 0.00   Non-Filing Insurance $ 0.00
SECURITY: You are giving a security interest in Your property as checked in the following box(es):
☐ Certain household items
☒ Motor Vehicle(s)
1987 PONT GRAND PRI
2G7GJ11AXH2208975
☐ Other
☐ In Your real estate located at: _____

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of Your credit as a yearly rate. | The dollar amount the credit will cost You. | The amount of credit provided to You or on Your behalf. | The amount You will have paid after You have made all payments as scheduled. |
| 29.94 % | $ 1,570.09 | $ 3,631.01 | $ 5,201.10 |

You have the right to receive at this time an itemization of the Amount Financed.
☒ I want an itemization.   ☐ I do not want an itemization.

Your payment schedule will be:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 30 | $ 173.37 | 05/25/2008 1st PAYMENT DATE and same date of each month following |
| | $ | Maturity Date – 10/25/2010 |

ASSUMPTION: ☐ If checked, this is a residential mortgage transaction and someone buying Your house may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.
See Your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

SEE PAGES 1, 2, 3, AND 4 FOR ADDITIONAL TERMS AND CONDITIONS.

FILE – PAGE 1

# ALABAMA – NET
## MINI-CODE LOAN NOTE AND SECURITY AGREEMENT

| LOAN DATE | ACCOUNT NUMBER | CONTRACT NUMBER | CERTIFICATE # |
|---|---|---|---|
| 04/25/2008 | 745 | | |

| DEBTOR AND CO-DEBTOR (YOU AND YOUR) | CREDITOR/LENDER (FIRST BENEFICIARY) |
|---|---|
| Lorene McGhee | The Money Mart, Inc. <br> PO Box 219 <br> Thorsby, AL 35171- |

1. **ALTERNATIVE DISPUTE RESOLUTION AGREEMENT:** The Insured acknowledges that the Certificate of Insurance contains an alternative dispute resolution procedure for the settlement of any controversies between The Insured and the Insurer. The terms of the Alternative Dispute Resolution Clause are found in the General Provisions of the Certificate. The Insured hereby acknowledges that the agreement of The insured to the Alternative Dispute Resolution Clause of the Insurance Certificate is a material inducement to the Insurer to offer this Certificate of Insurance.

_Lorene McGhee_ _____ 04/25/2008
Signature of Primary Borrower / Signature of Co-borrower / Date

2. **THE AMOUNT OF THE LOAN AND INTEREST ON THE LOAN:** (check appropriate box below)
   ☐ (Interest bearing) – We are lending you the Total Cash Advance. This is also called the Loan. Interest will be computed on the Total Cash Advance from time to time outstanding, except interest will not accrue on the Account Maintenance Fee. If disclosed in the Amount Financed Itemization, you will also be charged prepaid finance charge in the amounts allowed by the Alabama law. The total of the prepaid finance charge and the interest is the Finance Charge. Interest is calculated every day on the basis of 1/365th of your annual interest rate. Your annual interest rate is ___0.00___ %. If your payment is early, you will pay less interest than if you pay on the scheduled day. If your payment is late, you will pay more interest. You promise to pay to us or to our order the Total Cash Advance together with accrued interest by making the monthly payments in the amounts and at the times indicated in the payment schedule, at our office at the address shown or at any other address which we give you.
   ☒ (pre-computed) – We are lending you the Total Cash Advance. This is also called the Loan. Interest on the Total Cash Advance has been pre-computed and is included in the Total of Payments. If disclosed in the Amount Financed Itemization, you will also be charged prepaid finance charge in the amounts allowed by Alabama law. The total of the prepaid finance charge and the interest is the Finance Charge. You promise to pay to us or to our order the Total Cash Advance by making the monthly payments in the amounts and at the times indicated in the payment schedule, at our office at the address shown or at any other address which we give you. After maturity, interest will be charged at the Annual Percentage Rate excluding prepaid finance charge.

3. **DEFERMENT:** If this loan is pre-computed, a monthly installment may be deferred by agreement of the parties before or after default, and Borrower(s) agree that Lender may collect an additional charge for each full month that any wholly unpaid scheduled payments are outstanding after the due date of each such scheduled payment equal to that proportion of the finance charge which the amount of the deferred monthly scheduled payment bears to the sum of all monthly balances originally scheduled.

4. **LATE CHARGES:** If any payment is past due 10 days or more, a late charge equal to $0.00 or 5% of the amount of the payment in default, whichever is greater, but not to exceed $100.00, may be collected.

5. **PREPAYMENT IN FULL REBATE:** Borrower(s) may prepay this loan in full at any time. No portion of real estate points will be refunded. Where an Interest Surcharge has been charged, and prepayment in full occurs in full within ninety (90) days of the date of the contract, the Creditor shall refund or credit the Borrower with a pro rata portion of the Interest Surcharge; except that in such event, an amount of no less than $25.00 may be retained by the Creditor. In the event of renewal, refinance or repayment in full, the Borrower shall be entitled to a refund or credit of any unearned portion of the Account Maintenance Fee computed in the manner set forth in subsection (c) of Section 5-19-4, Code of Alabama, as of the date of such renewal, refinancing or payment in full.

   If this loan is pre-computed, and if the loan is prepaid in full, the Lender shall refund unearned interest by the rule of 78s or sum-of-the-digits method; provided, however, if the original term of the loan is sixty-one (61) months or more, and the loan is prepaid, the Lender shall rebate unearned interest according to the actuarial method; and, provided further, that if the loan is prepaid in full within the first 120 days, the Lender shall rebate unearned interest according to the actuarial method. If prepayment in full is made other than on a scheduled payment date, the nearest scheduled payment date will be used to make the computation. No refund of less than $1.00 will be made.

6. **SECURITY FOR THIS LOAN:** Borrower(s) hereby grants to Lender a security interest under the Uniform Commercial Code in property described below. This security interest is subject to the provisions contained below and on the reverse side hereof.
   1987 PONT GRAND PRI 2G2GJ11AXH2208975
   1981 BUICK CENTURY 1G4AH69A3BH232796

   _L. M._

### AMOUNT FINANCED ITEMIZATION

| | |
|---|---|
| Total of Payments ............................................... | $ 5,201.10 |
| Interest .............................................................. | $ 1,360.09 |
| Total Cash Advance ............................................ | $ 3,841.01 |
| Less: Prepaid Finance Charge: | |
| Real Estate Points ............................................. | $ 0.00 |
| Interest Surcharge .............................................. | $ 120.00 |
| Account Maintenance Fee ................................. | $ 90.00 |
| Amount Financed ............................................... | $ 3,631.01 |

The Amount Financed will be disbursed to or for Debtor as follows

| | |
|---|---|
| Credit Life Insurance Premium* ......................... | $ 76.21 |
| Credit Disability Insurance Premium* ............... | $ 0.00 |
| Property Ins. (Level Term) Premium* ............... | $ 0.00 |
| Other Insurance Premium* ................................ | $ 0.00 |
| Motor Vehicle Insurance* .................................. | $ 160.00 |
| Limited Physical Damage Premium* ............... | $ 0.00 |
| Single Interest Insurance Premium* ............... | $ 160.00 |
| Non-Filing Insurance* ...................................... | $ 0.00 |
| Official Filing Fee ............................................. | $ 0.00 |
| Sub-Total ......................................................... | $ 236.21 |
| Balance Old Account ....................................... | $ 3,567.70 |
| Late Charge Previous Account ........................ | $ 8.56 |
| Interest Refund ................................................. | $ 150.29 |
| Interest Surcharge Refund ............................... | $ 0.00 |
| Account Maintenance Fee Refund ................... | $ 24.00 |
| Credit Life Insurance Refund ............................ | $ 5.02 |
| Credit Disability Insurance Refund ................... | $ 0.00 |
| Property Insurance Refund .............................. | $ 0.00 |
| Other Insurance Refund .................................. | $ 0.00 |
| Accrued Interest Due ....................................... | $ 0.00 |
| Motor Vehicle Insurance | |
| Limited Physical Damage Refund ................... | $ 0.00 |
| Single Interest Insurance Refund ................... | $ 2.15 |
| Net Amount of Payoff ...................................... | $ 3,394.80 |
| OTHER AMOUNTS ADVANCED TO DEBTOR AND/OR PAID TO OTHERS ON HIS BEHALF: | |
| To _____ | $ 0.00 |
| To _____ | $ 0.00 |
| To _____ | $ 0.00 |
| Cash Received by Debtor ..................# | $ 0.00 |

* Borrower acknowledges that lender has a financial interest in the sale of insurance and motor club membership by virtue of commission income which it may receive.

Borrower acknowledges the existence of a separate Alternative Dispute Resolution Agreement signed concurrently with this loan agreement and specifically agrees to its terms.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

The Borrower(s) acknowledge receipt of a completely filled-in copy of this document.

SEE OTHER SIDE FOR ADDITIONAL TERMS AND CONDITIONS.

**CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

By: _____ (AGENT FOR LENDER)

X _Lorene McGhee_ _____ (BORROWER) (SEAL)
_____ (BORROWER) (SEAL)
_____ (BORROWER) (SEAL)

MCLN-1 (4/06) ALLEN PRINTING (255) 353-0026

FILE - PAGE 2

Case 09-14404    Doc 12-1    Filed 10/23/09    Entered 10/23/09 13:10:53    Desc Exhibit    Page 2 of 4





## STATE OF ALABAMA
### DEPARTMENT OF REVENUE

### CERTIFICATE OF TITLE FOR A VEHICLE

| Field | Value |
|---|---|
| TITLE NO. | 35652177 |
| VEHICLE IDENTIFICATION NUMBER | 2G2GJ11AXH2208975 |
| TRANS. CODE | 04 |
| DATE ISSUED | 04/20/2006 |
| MAKE | PONT |
| MODEL | GRAND PRI |
| BODY TYPE | 20 |
| PREV AL TITLE NO. | 35246717 |
| YR. MODEL | 1987 |
| CYL | 06 |
| NEW / USED | XX |
| PURCHASE DATE | 04/10/2004 |
| NO. LIENS | 1 |
| COLOR | BLU |
| ODOMETER | EXEMPT |

NAME(S) AND MAILING ADDRESS OF OWNER(S)
MCGHEE LORENE
758

MAIL TO
THE MONEY MART INC
P O BOX 219
THORSBY  AL 35171-0219

1ST LIENHOLDER'S NAME, ADDRESS AND LIEN DATE
03/28/2006
THE MONEY MART INC
P O BOX 219
THORSBY  AL 35171

CONTROL NUMBER
32740031